NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RENEE HARRIS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3149  ·

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100086-I-2.

---

**ON MOTION**

---

**ORDER**

Renee Harris moves to reinstate her petition for review.

On July 6, 2012, this court dismissed this petition for failure to timely file an appendix. Harris has now filed an appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the court's July 6, 2012 order is vacated, the petition is reinstated, and the appendix is accepted as filed.

FOR THE COURT

SEP 0 7 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George M. Chuzi, Esq.
Sara B. Rearden, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

'SEP 0 7 2012

JAN HORBALY
CLERK